UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

INTERGLOBO CUSTOMS BROKER, INC.,

                          Plaintiff,

  -against-

GENAL STRAP INC. *d/b/a* VOGUESTRAP,

                        Defendant.

------------------------------------ x

ORDER

20 Civ. 2558 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant's request for an extension of time to respond to Plaintiff's default motion, (ECF No. 21), is hereby GRANTED. Defendant's response, if any, is due on July 3, 2020.

Dated: June 23, 2020
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE