USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 29 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

INTERGLOBO CUSTOMS BROKER, INC.,

                 Plaintiff,

-against-

GENAL STRAP INC. *d/b/a* VOGUESTRAP,

                 Defendant.

------------------------------------ x

ORDER

20 Civ. 2558 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant's response to the complaint, if any, is due on July 3, 2020. The Clerk of Court is directed to close the motion for default, (ECF No. 13), accordingly. Additionally, the July 9, 2020 initial conference is adjourned to October 22, 2020 at 9:30 a.m.

Dated: June 29, 2020
      New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE